# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**Alfredo Agustine ATWATER,**<br>Defendant. | CRIMINAL NO. **19- 513 (ADC)**<br><br>Case: 2:20-cr-20610<br>Assigned To : Roberts, Victoria A.<br>Referral Judge: Grand, David R.<br>Filed: 12/17/2020<br>RULE 20 USA V ALFREDO ATWATER (LH) |

## Consent to Transfer of Case for Plea and Sentence

I, **Alfredo Agustine ATWATER**, defendant, have been informed that an indictment is pending against me in the above designated case. I wish to plead guilty to the offense charged as outlined in the plea agreement, to consent to the disposition of the case in the Eastern District of Michigan, and to waive trial in the above captioned district.

Dated: ~~November~~ December 2, 2020 at FMC Fort Worth, ~~Michigan~~ Texas.

_____
Alfredo Agustine ATWATER

Witness: /s/ James R. Gerometta
_____, Esq.

**Approved**

_____
Matthew Schneider
United States Attorney for the
Eastern District of Michigan

_____ 11/18/20
W. Stephen Muldrow
United States Attorney for the
District of Puerto Rico

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Alfredo Agustine ATWATER,<br>Defendant. | INDICTMENT<br><br>CRIMINAL NO. 19- 513 (ADC)<br><br>VIOLATIONS:<br>18 U.S.C. § 115<br><br><br><br><br><br>ONE COUNT |

THE GRAND JURY CHARGES:

## COUNT ONE
### Influencing a Federal Official by
### Threatening a Federal Official and his Family Members
### (Title 18, United States Code, Section 115)

On or about the July 25, 2019, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**Alfredo Agustine ATWATER,**

did threaten to murder K.G., an adult female and a customer service representative at the National Passport Information Center, and did threaten to murder a family member of K.G., with intent to intimidate and interfere with K.G. while she was engaged in the performance of her official duties,

1

and with the intent to retaliate against such official on account of the performance of her official duties, in violation of Title 18, United States Code, Section 115 (a)(1)(A) and (a)(1)(B) and (b)(4).

TRUE BILL,
FOREPERSON

Date: Aug/21/2014

ROSA EMILIA RODRIGUEZ-VELEZ
**United States Attorney**

_____
**José Capó-Iriarte**
Assistant U.S. Attorney
Chief, Criminal Division

_____
**Marie Christine Amy**
Assistant U.S. Attorney

_____
**Myriam Y. Fernández-González**
Assistant U.S. Attorney
Chief, Financial Fraud and Corruption

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**Alfredo Agustine ATWATER,**<br>Defendant. | CRIMINAL NO. 19-513 (ADC) |

<u>I, Alfredo Agustine ATWATER, hereby state that:</u>

1. I am the defendant in a criminal action in the District bf Puerto Rico filed as *United States v. Alfredo Agustine ATWATER, 19-513 (ADC).*

2. Count 1 of the Indictment in that case charges violations of Title 18, <u>United States Code</u>, Section 115.

3. I wish to waive trial in the District of Puerto Rico and to plead guilty to Count 1 of the Indictment pursuant to a plea agreement.

4. I request that the case be transferred for plea and sentence to the Eastern District of Michigan and consent to such a transfer.

Dated: ~~November~~ December 2, 2020 at FMC Fort Worth, Texas.

_____
Alfredo Agustine ATWATER

1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
DEC 0 9 2020
US DISTRICT COURT
SAN JUAN, PR

UNITED STATES OF AMERICA,
Plaintiff,

v.

Alfredo Agustine ATWATER,
Defendant.

CRIMINAL NO. 19-513 (ADC)

### Consent to Transfer of Case for Plea and Sentence

I, **Alfredo Agustine ATWATER**, defendant, have been informed that an indictment is pending against me in the above designated case. I wish to plead guilty to the offense charged as outlined in the plea agreement, to consent to the disposition of the case in the Eastern District of Michigan, and to waive trial in the above captioned district.

Dated: ~~November~~ December 2, 2020 at FMC Fort Worth, ~~Michigan~~. Texas

_____
Alfredo Agustine ATWATER

Witness: /s/ James R. Gerometta
_____, Esq.

**Approved**

_____
Matthew Schneider
United States Attorney for the
Eastern District of Michigan

_____ 11/18/20
W. Stephen Muldrow
United States Attorney for the
District of Puerto Rico

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Alfredo Agustine ATWATER,<br>Defendant. | CRIMINAL NO. 19-513 (ADC)<br><br>RECEIVED & FILED<br>CLERK'S OFFICE<br>DEC 0 9 2020<br>US DISTRICT COURT<br>SAN JUAN, PR |

I, Alfredo Agustine ATWATER, hereby state that:

1. I am the defendant in a criminal action in the District of Puerto Rico filed as *United States v. Alfredo Agustine ATWATER, 19-513 (ADC)*.

2. Count 1 of the Indictment in that case charges violations of Title 18, United States Code, Section 115.

3. I wish to waive trial in the District of Puerto Rico and to plead guilty to Count 1 of the Indictment pursuant to a plea agreement.

4. I request that the case be transferred for plea and sentence to the Eastern District of Michigan and consent to such a transfer.

Dated: ~~November~~ December 2, 2020 at FMC Fort Worth, ~~Michigan~~ Texas.

Alfredo Agustine ATWATER

1

11